UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 APR -2  A 10: 02

U.S. DISTRICT COURT
HARTFORD. CT.

| | |
|---|---|
| HANDY & HARMAN REFINING | : |
| GROUP, et al. | : |
|       Plaintiffs, | : |
| | : |
|       v. | : CASE NO. 3:02 CV 1803 (CFD) |
| | : |
| PRICEWATERHOUSE COOPERS, LLP | : |
|       Defendant. | : |

## O R D E R

In the interest of justice, the above-captioned case is hereby transferred to the Honorable

Janet Bond Arterton          , United States Judge, who sits in    New Haven

, Connecticut.   All further pleadings or documents in this matter should be

filed with the Clerk's Office in   New Haven          , Connecticut and bear the docket number

3:02 CV 1803( JBA  ).  Pleadings or documents related to this action and filed in any other seat

of court will be refused at the Clerk's Office and returned to you unfiled.  See Local Rule 7(a).

It is **SO ORDERED**.

Dated at Hartford, Connecticut, this /1ᵗʰ day of April, 2004.

Christopher F. Droney
United States District Judge