UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN WEST REFINING CORPORATION LIMITED, | : | |
| | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSECOOPERS LLP and COOPERS & LYBRAND LLP, | : | 3:02 CV 1379 (CFD) |
| Defendants. | : | |
| _____ | : | |
| ALEC SHARP, et al., | : | |
| Plaintiffs, | : | |
| VS. | : | CIVIL ACTION NO. |
| PRICEWATERHOUSE COOPERS LLP d/b/a PRICE WATERHOUSE LLP | : | 3:02 CV1572 (CFD) |
| Defendant. | : | |
| _____ | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 1803 (CFD) |
| PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendant. | : | |
| _____ | : | |
| IN RE: | : | |
| | : | |
| HANDY & HARMAN REFINING GROUP, INC., | : | |
| Debtor. | : | |
| | : | CIVIL ACTION NO. |
| HANDY & HARMAN REFINING GROUP, INC., ET AL., | : | 3:03 CV 1243 (CFD) |
| Plaintiffs, | : | |
| VS. | : | |
| | : | APRIL 13, 2004 |
| THE CHUBB CORPORATION, ET AL., | : | |
| Defendants. | : | |
| _____ | | |

**ALL CASES**

**<u>APPEARANCE</u>**

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the Appearance of Kathleen D. Warner as counsel for the defendants PricewaterhouseCoopers LLP and Coopers & Lybrand LLP in each of these consolidated cases (Golden West Refining Corp. Ltd. v. PricewaterhouseCoopers LLP, and Coopers & Lybrand LLP., Civ. Action No. 3:02CV1379 (CFD); Alec Sharp, et al. v. PricewaterhouseCoopers LLP d/b/a Pricewaterhouse LLP, Civ. Action No. 3:02CV1572 (CFD); Handy & Harman Refining Group, Inc. v. PricewaterhouseCoopers LLP, Civ. Action No. 3:02CV1803 (CFD) and  Handy & Harman Refining Group, Inc. v. The Chubb Corporation, et al, Civ. Action No. 3:03CV1243 (CFD)).

DEFENDANT, PRICEWATERHOUSECOOPERS LLP


By _____
            Kathleen D. Warner (ct23973)
            E-mail:  kdwarner@dbh.com
            Day, Berry & Howard LLP
            One Canterbury Green
            Stamford, Connecticut 06901
            (203) 977-7300
            (203) 977-7301 (fax)

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first-class mail, to each of the following counsel of record in each of the consolidated cases:

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL  60602

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604-3407

William H. Champlin III, Esq.
William S. Fish, Jr., Esq.
Tyler, Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103

Charles T. Lee, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Joseph J. Koltun, Esq.
Philip H. Kalban, Esq.
Fischbein-Badillo-Wagner-Harding
909 Third Avenue
New York, NY 10022

James McCullough, Esq.
Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

U.S. Bankruptcy Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

_____

Kathleen D. Warner