UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HANDY & HARMAN, ET AL          :

v.                             : NO. 3:02cv1803 (JBA)

PRICEWATERHOUSE COOPERS        :

FILED
APR 16  2 35 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ORDER OF TRANSFER

In the interest of justice, this matter is transferred to the Hon. <u>Robert N. Chatigny</u>, U.S.D.J., U.S.D.C., _____, for all purposes including trial.

All future pleadings shall be filed in the Clerk's Office in <u>Hartford</u> bearing the initials "<u>RNC</u>".

Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> D. Conn. L. Civ. R. 7(a).

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: <u>April 15, 2004</u>