UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANDY & HARMAN REFINING, : | |
|     Plaintiff, : | |
|       v. : | CASE NO. 3:02CV1803(RNC) |
| PRICEWATERHOUSE, : | |
|     Defendant. : | |

### ORDER

In the interest of justice, the above identified case is hereby transferred to <u>Judge Mark R. Kravitz</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:02CV1803(MRK)</u>. Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

    Dated at Hartford, Connecticut this      day of April 2004.

                                                          /s/RNC
                                              Robert N. Chatigny
                                    United States District Judge