UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HANDY & HARMAN REFINING  :
GROUP, ET AL.  :
    Plaintiffs,  :    CASE NO. 3:02 CV 1803 (RNC)
  :
v.  :
  :
PRICEWATERHOUSE COOPERS, LLP  :
    Defendants.  :

## APPEARANCE

Please enter my appearance on behalf of the plaintiffs, Handy & Harman Refining Group in the above-captioned matter in addition to the appearances already on file.

    PLAINTIFFS
    HANDY & HARMAN REFINING GROUP

    By_____
    Michael T. McCormack
    (ct13799)
    TYLER COOPER & ALCORN, LLP
    CityPlace - 35th Floor
    Hartford, CT 06103-3488
    Telephone: 860-725-6200
    Fax: 860-278-3802
    mmccormack@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record on April 23, 2004:

David J. Elliott, Esq.
Thomas D. Goldberg, Esq.
Kathleen D. Warner
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103

Edward J. Boyle, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY  10017-5639

Daniel McMahon, Esq.
Stefan Dandelles, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle Street
Chicago, IL  60602

Wolf, Horowitz, Etlinger & Case
99 Pratt Street, 4th Floor
Hartford, CT  06103

Steven R. Humphrey, Esq.
Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604-3407

Joseph A. Oliva, Esq.
Sedgwick, Detert, Moran & Arnold
125 Broad Street, 39th Floor
New York, NY  10004-2400

_____
Michael T. McCormack