UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANDY & HARMAN REFINING GROUP, INC., Plaintiff | |
| VS. | CIVIL ACTION NO. 3:02 CV 1803 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP, Defendant | |
| GOLDEN WEST REFINING CORPORATION Plaintiffs | |
| VS. | CIVIL ACTION NO. 3:02 CV 1379(MRK) |
| PRICEWATERHOUSECOOPERS, LLP and COOPERS & LYBRAND, LLP Defendant | |
| ALEC SHARP, et al. Plaintiffs | |
| VS. | CIVIL ACTION NO. 3:02 CV 1572 (MRK) |
| PRICEWATERHOUSECOOPERS, LLP d/b/a PRICE WATERHOUSE, LLP Defendant | JULY 7, 2004 |

## HANDY & HARMAN REFINING GROUP, INC.'S MOTION TO DISMISS THE COUNTERCLAIMS OF PRICEWATERHOUSECOOPERS

Plaintiff Handy & Harman Refining Group, Inc. ("HHRG"), by its undersigned counsel, and pursuant to F.R.Civ.P. Rule 12(b)(6) moves this Court to dismiss the counterclaims filed by Defendant PricewaterhouseCoopers LLP ("PWC") against HHRG.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

PWC's First and Second Counterclaims dated May 24, 2004 fail to state a claim upon which relief can be granted. Specifically, PWC asserts counterclaims pursuant to a contract with HHRG which does not require in clear and precise language that HHRG indemnify PWC for PWC's own negligence, its failure to perform its contractual obligations, or its negligent misrepresentation and failure to disclose.

Moreover, if PWC breached its contractual obligations as alleged in the Complaint, the only circumstance in which PWC would be required to pay damages and for which it claims indemnification, HHRG is relieved of its duty to perform under the contract. Accordingly, HHRG cannot be required to indemnify PWC for PWC's breach of PWC's contractual obligations. HHRG has filed contemporaneously herewith a memorandum of law in support of this Motion.

WHEREFORE, for the reasons set forth herein and in HHRG's memorandum of law, HHRG respectfully requests that this Court dismiss the counterclaims brought against it by Defendant.

Respectfully submitted,

TYLER COOPER & ALCORN LLP

By: _____
William H. Champlin III, (ct04202)
William S. Fish, Jr., (ct05349)
Michael T. McCormack, (ct13799)
Tyler Cooper & Alcorn, LLP
CityPlace, 35th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 725-6200
Fax: (860) 278-3802

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on July 7, 2004 postage prepaid to all counsel of record as follows:

David Elliott, Esq.
William H. Erickson, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Steven Humphrey, Esq.
Dina Fisher, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Fred N. Knopf, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd St.
New York, NY 10017-5639

_____
William H. Champlin III

CM99200591V502.for